```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION
```

DAVID MEADOWS,                          §
                                        §
    Plaintiff,                          §
                                        §
v.                                      §     CIVIL ACTION NO. H-05-2209
                                        §
HARTFORD LIFE INSURANCE                 §
COMPANY, HARTFORD LIFE PRIVATE          §
PLACEMENT, L.L.C., THE NEWPORT          §
GROUP, INC., HENRY F. MCCAMISH,         §
JR., MCCAMISH GROUP, L.P.,              §
MCCAMISH SYSTEMS, L.L.C.,               §
INTEGRATED ADMINISTRATION               §
SERVICES, INC., and IAS                 §
DEVELOPMENT CORPORATION,                §
                                        §
    Defendants.                         §

## **FINAL JUDGMENT**

    For the reasons set forth in the separate Memorandum and Order signed this day, it is

    ORDERED that Defendants Henry F. McCamish, Jr., McCamish Group, L.P., McCamish Systems, L.L.C., Integrated Administration Services, Inc., and IAS Development Corporation's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Document No. 11) is GRANTED, and the foregoing McCamish Defendants are DISMISSED for lack of jurisdiction.  It is further

    ORDERED that Defendants' Motion to Dismiss (Document No. 13) is GRANTED, and all of Plaintiff's claims against the remaining

Defendants Hartford Life Insurance Company, Hartford Private Placement, L.L.C., and The Newport Group, Inc. are DISMISSED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 10th day of August, 2006.

```
                            _____
                                  EWING WERLEIN, JR.
                              UNITED STATES DISTRICT JUDGE
```